UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 03-04126 SBA**     **Taverniti v. Barnhart**

**C 05-00289 SI**      **Coleman v. Barnhart**

      **I find that the above case is related to the case assigned to me. _____**

**C 06-01912 WHA**     **Coleman v. Barnhart**

      **I find that the above case is related to the case assigned to me. _____**

## ORDER

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____   _____

                           Judge Saundra B. Armstrong

Dated:_____   _____

*[Stamp: DENIED / Judge Susan Illston / United States District Court Northern District of California]*

Judge Susan Illston

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _4/18/06                    By: _____
                                       Deputy Clerk for the
                                       Honorable Saundra Brown
                                       Armstrong

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

      **Richard W. Wieking, Clerk**

**DATED: 4/18/06**　　　　　　　　　　　　　　**By:** _Lisa R. Clark_
　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

Copies to:　Courtroom Deputies
　　　　　　Case Systems Administrators
　　　　　　Counsel of Record
Entered into Assignment Program: _____ (date)